## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY | * * | |
| Plaintiff/Counter Defendant | * * * | |
| V. | * * | NO: 4:16CV00005 SWW |
| HAMBUCHEN CONSTRUCTION, INC., GRETCHEN PIERCE, and RANDY PIERCE | * * * * | |
| Defendants/ Counter Plaintiff | * * | |

## JUDGMENT

Pursuant to the Opinion and Order filed on this date, judgment is hereby entered in favor of Plaintiff/Counter Defendant Auto-Owners Insurance Company.  IT IS HEREBY DECLARED that the coverages of commercial general liability policy of insurance, Policy No. 062324-03778679-08, does not require the insurer, Plaintiff/Counter Defendant Auto-Owners Insurance Company, to either defend or to indemnify the insured, Defendant/Counter Plaintiff Hambuchen Construction, Inc., for claims asserted in the judicial actions *Pierce v. Hambuchen Construction, Inc.,* No. 60CV-13-1464, currently pending in the Circuit Court of Pulaski County, Arkansas, and *Lessmann v. Hambuchen*, No. 23CV-09-495, previously pending in the Circuit Court of Faulkner County, Arkansas.

IT IS SO ORDERED THIS 18TH  DAY OF NOVEMBER, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE